IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EVA DENISE PRIESTER,                )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   CASE NO. CV417-149
                                    )
NANCY A. BERRYHILL, Acting          )
Commissioner of Social              )
Security,                           )
                                    )
    Defendant.                      )
                                    )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 17), to which objections have been filed (Doc. 18). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of December 2018.



_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA